# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No.: 4:14-cv-348 |
| | § | |
| STEVEN MCCRAW, | § | |
| | § | |
| Defendant, | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 19, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Unopposed Motion to Enter Interlocutory Judgment (Dkt. 3) be GRANTED and that the court enter the proposed Interlocutory Judgment as to Defendant Steven McCraw, attached to the motion as Docket Entry 3-1.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's Unopposed Motion to Enter Interlocutory Judgment (Dkt. 3) is

GRANTED and the court shall enter the proposed Interlocutory Judgment as to Defendant Steven McCraw, attached to the motion as Docket Entry 3-1.

**IT IS SO ORDERED.**

**SIGNED this the 31st day of March, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE