**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No.: 4:14-cv-348 |
| **STEVEN MCCRAW,** | § § | (Judge Clark/Judge Bush) |
| Defendant, | § § | |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 2, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Determination of Amount of Civil Penalty (Dkt. # 16) should be GRANTED and a civil penalty in the amount of $50,000 should be assessed against Defendant Steven McCraw for the conduct giving rise to this suit. The Magistrate Judge further recommended that a final judgment be entered against Defendant incorporating the terms of the penalty and the terms of the April 1, 2015 Interlocutory Judgment.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court. Therefore, Plaintiff's Motion for Determination of Amount of Civil Penalty (Dkt. # 16) is GRANTED and a civil penalty in the amount of $50,000 shall be assessed against Defendant Steven McCraw for the conduct giving rise to this suit.

Further, a final judgment shall be entered against Defendant incorporating the terms of the penalty and the terms of the April 1, 2015 Interlocutory Judgment. The parties are directed to submit a proposed final judgment incorporating the penalty and the terms of the April 1, 2015 Interlocutory Judgment by December 7, 2016.

So **ORDERED** and **SIGNED** this **23** day of **November, 2015.**

_____
Ron Clark, United States District Judge